IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STATIC CONTROL COMPONENTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:06CV00730 |
| FUTURE GRAPHICS, LLC, | ) ) | |
| Defendant. | ) ) ) | |

ORDER

For the reasons stated in a Memorandum Opinion filed contemporaneously, it is ORDERED that Plaintiff Static Control Components, Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction [Doc. #5] is DENIED.

This the day of May 11, 2007

_/s/ N. Carlton Tilley, Jr._
United States District Judge